United States District Court
Northern District of Indiana
South Bend Division

Jerry Mills,
   Plaintiff,
V.
Clint Thompkins;
Chris Newton;
Eric Holcomb Jr.;
   Defendants,

Cause #: 3:23-cv-490

5/26/23 MS 5

## Prisoner Complaint

(I.) Defendants:
(#) (Name and Job Title)   (Work Address)

1) Clint Thompkins (Jailer)   Huntington County Jail
                              331 E. State St.
                              Hunington, IN 46750

2) Chris Newton (Sheriff)    Hunington County Jail
                              331 E. State St.
                              Hunington, IN 46750

3) Eric Holcomb Jr. (Governor)   302 W. Washington St.
                                  Indianapolis, IN 46204

page 1 of 5

A) How many defendants are you suing? __3__

B) What is the name and address of your prison?
   - Westville Correctional Facility
   5501 S. 1100 W.
   Westville, IN 46391

C) Did the event you are suing about happen there? NO. If no, where? Hunington County Jail, 331 E. State St. Hunington, IN 46750.

D) On what date did this occur? 1/10/22 to 3/10/22 approximately.

(II.) Claims and Facts:

On approximately 5/23/2012, I was victim of a treacherous car accident resulting in a punctured lung, brain injury, (x11) broken ribs, broken ankle, femur, and shoulder dislocation. The injuries I suffered from disabled me and required specific long-term care and treatment.

On approximately 1/10/2022, I was incarcerated in the Hunington County Jail in Hunington, Indiana, under the supervision of (Sheriff)-Chris Newton, and (Jailer)-Clint Thompkins. Upon arrival to the jail, I informed both Clint Thompkins and Chris Newton of my injuries, current disabled state, and requirement of a cane, wheelchair, or walker. Clint Thompkins provided no remedy and made derogatory

statements to me (i.e. "Shut up", "deal with it", "Quit bitchin", "stop being a pussy", etc.). Chris Newton similarly provided no remedy nor displayed any interest in helping me. For a period of (4-5) weeks I was deprived of any pain medication, cane, walker, wheelchair, or any other necessary medical relief despite numerous reports of intense pain and requests for medical treatment. In the middle of February, 2022, a nurse reported my extremely poor condition as I was then unable to walk and was experiencing on consistent (9) on a (1-10) pain scale. The Jail physician ordered x-rays and approximately (4) days later the X-rays were taken. The X-ray tech identified (x4) broken screws in my knee cap, and a broken surgical plate in my leg. These injuries came as a result of defendant's deliberate indifference to my health, safety, medical needs, and requests for remedy despite previous knowledge of my injurie and the risk for further injury without the necessary intervention and treatment. As a result of this injuries, I suffered over (14+) days of severe pain, emotional distress, as well as surger replacing (18) screws, and multiple surgical plates in my leg. It was not until approximately March, 2022, that I received relief from a surgeon at an outside hospital (Ft. Wayne - Ortho hospital) when I was finally provided with a walker and severely mild pain medication. Despite numerous

page 3 of 5

remedies available, defendants failed to properly provide medical care and prevent the risk of injury. This violates my 8th ammendment right of the U.S. Constitution to be free from cruel and unusual treatment and my right to receive proper medical care.

A) When did this event happen? <u>While I was confined awaiting trial.</u>

B) Have you ever sued someone for this exact same event? <u>No.</u>

C) Could you have used a prison grievance system to complain about this event? <u>No, I wrote complaints and made verbal complaints</u>

D) If you win this case, what do you want the court to order the defendant's to do?
  - <u>Declaratory relief stating what defendants did violated my rights.</u>
  - <u>Punitive damages in the amount of: $125,000</u>
  - <u>Compensatory damages in the amount of: $50,000</u>
  - <u>All other relief deemed just and proper.</u>

E.) _JM_ I will file a motion to proceed in forma pauperis
_JM_ I will keep a copy of this complaint for my records
_JM_ I will promptly notify the courts of any change of address
_JM_ I will not send more than one copy of any filing to the court
_JM_ I will not send summons, USM-285, or waiver forms to the clerk
_JM_ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  5-21-23

x _Jerry L. Mills_                    5-21-23
  Signature                           Date

# 910558
DOC Number

Verification

I hereby verify that the following complaint is true and correct to the best of my knowledge and belief

x _Jerry L. Mill_                    5-21-23

page 5 of 5