UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JERRY MILLS,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO.: 3:23-CV-490-JD-JEM<br>) |
| CLINT THOMPKINS, *et al.*,<br>　　　Defendants. | )<br>)<br>) |

**ORDER**

This matter is before the Court *sua sponte*. Jerry Mills, a prisoner without a lawyer, filed a complaint under 42 U.S.C. § 1983 in the South Bend Division related to events occurring at the Huntington County Jail. Two of the three defendants are located within the geographical boundaries of the Fort Wayne Division (the third is located in the Southern District of Indiana), and the events giving rise to the complaint occurred in that Division. When "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division." N.D. Ind. L.R. 3-1(b).

For these reasons, the Court **DIRECTS** the Clerk of Court to close this case and open a new case with these filings in the Fort Wayne Division.

SO ORDERED this 31st day of May, 2023.

　　　　　　　　　　　　　　　　　　　　s/ John E. Martin
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE JOHN E. MARTIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

cc:　　All counsel of record
　　　　Plaintiff, *pro se*